IN THE SUPREME COURT OF THE STATE OF NEVADA

| ROAD AND HIGHWAY BUILDERS, LLC,<br><br>            Appellant,<br>vs.<br>Q&D CONSTRUCTION, INC., A NEVADA CORPORATION; AND THE STATE OF NEVADA DEPARTMENT OF TRANSPORTATION,<br>            Respondents. | No. 75176<br><br>**FILED**<br><br>DEC 20 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _S. Young_<br>DEPUTY CLERK |



## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a motion for a preliminary injunction. First Judicial District Court, Carson City; James Todd Russell, Judge. Respondent Q&D Construction has filed a motion to dismiss this appeal as moot. Appellant opposes the motion and Q&D has filed a reply.

Having considered the motion, opposition, reply, and other documents before this court, we agree that this appeal is moot and conclude appellant fails to demonstrate that the appeal falls within the capable-of-repetition-yet-evading-review exception to the mootness doctrine. *See Degraw v. Eighth Judicial Dist. Court*, 134 Nev., Adv. Op 43, 419 P.3d 136, 139 (2018); *Personhood Nevada v. Bristol*, 126 Nev. 599, 602, 245 P.3d 572,

18-909633

574 (2010); *University Sys. v. Nevadans for Sound Gov't*, 120 Nev. 712, 720, 100 P.3d 179, 186 (2004). Accordingly, we grant the motion and ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. James Todd Russell, District Judge
David Wasick, Settlement Judge
Carl M. Hebert
McDonald Carano LLP/Reno
Attorney General/Carson City
Carson City Clerk